UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTIS CLINTON,

    Plaintiff,
v.                                        CASE NO. 5:18-cv-111-MCR-GRJ

LYNN EARLY, et al.,

    Defendants.
_____/

## O R D E R

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated May 7, 2018. ECF No. 3. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections.[1] *See* ECF No. 4.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Plaintiff filed a Motion for Reconsideration, ECF No. 4, which the Court has construed as an objection.

2. This case is **DISMISSED** as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of June, 2018.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**